B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Middle District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hoffman, Susan Deese** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Susan Johnson; FKA Susan Nance; FKA Susan Allen** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2463** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**118 6th Avenue**<br>**Howey In The Hills, FL**<br>ZIP Code **34737** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>    Hoffman, Susan Deese | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **Middle District of FL - Orlando Division** | Case Number:<br>**6:08-bk-06159-KSJ** | Date Filed:<br>**7/21/08** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Paul Lee                                          June 30, 2011**<br>     Signature of Attorney for Debtor(s)               (Date)<br>     **Paul Lee 128133** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Hoffman, Susan Deese** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Susan Deese Hoffman**
Signature of Debtor  **Susan Deese Hoffman**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 30, 2011**
Date

### Signature of Attorney*

X **/s/ Paul Lee**
Signature of Attorney for Debtor(s)

**Paul Lee 128133**
Printed Name of Attorney for Debtor(s)

**Law Offices of Paul Lee**
Firm Name

**15930 U.S. Hwy 441
Suite C
Eustis, FL 32726**
Address

              **Email: pllaw@embarqmail.com**
**352-589-6000  Fax: 352-589-5140**
Telephone Number

**June 30, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Susan Deese Hoffman**                                                                          Case No. _____

　　　　　　　　　　　　　　　　　　Debtor(s)                                                       Chapter    **13**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Susan Deese Hoffman**
**Susan Deese Hoffman**

Date: **June 30, 2011**

Susan Deese Hoffman
118 6th Avenue
Howey In The Hills, FL 34737

Asset Acceptance
Po Box 2036
Warren, MI 48090

Central FL Pathology Group
Po Box 1345
Tavares, FL 32778

Paul Lee
Law Offices of Paul Lee
15930 U.S. Hwy 441
Suite C
Eustis, FL 32726

Asset Acceptance
Po Box 9065
Brandon, FL 33509

Chase Bank
Attn: Creditors Bkr Svc
Po Box 740933
Dallas, TX 75374

Adorno & Yoss, LLP
819 S. Federal Hwy, Suite 103
Stuart, FL 34994

Bank of America
NC4-105-03-14
4161 Piedmont Pkwy
Greensboro, NC 27420

Child Support Enforcement
Attn: Barbara Jet
5719 NW 13th Street
Gainesville, FL 32653

ADT Security Services
Po Box 551200
Jacksonville, FL 32255

Borack & Associates, P.A.
2300 Maitland Center Pkwy
Suite 200
Maitland, FL 32751

Cingular
12555 Cingular Way Ste 2220
Alpharetta, GA 30004

Afni, Inc.
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702

BP Oil / Citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Collection Bur Orlando
1595 S Semoran Blvd
Winter Park, FL 32792

Alliance One Receivables
4850 Street Road Ste 300
Feasterville Trevose, PA 19053

C.B. Accounts, Inc.
1101 Main Street
Peoria, IL 61606

Credit Counsel, Ins.
1400 NE Miami Gardens Drive
Suite 216
Miami, FL 33179

Allied Interstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Cap One
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

D Tech
Po Box 650788
Dallas, TX 75265

Applied Card Bank
Attention: General Inquiries
Po Box 17125
Wilmington, DE 19850

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210

DirecTV, Inc.
2230 E. Imperial Highway
El Segundo, CA 90245

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Cardiovascular Assoc of Lake
1879 Nightingale Lane
Suite C-1
Tavares, FL 32778

Enhanced Recovery
8014 Bayberry Road
Jacksonville, FL 32256

| | | |
|---|---|---|
| Financial Asset Mgmt Inc.<br>Po Box 451409<br>Atlanta, GA 31145 | Gemb/Walmart<br>Attn: Bankruptcy Dept.<br>Po Box 103104<br>Roswell, GA 30076 | Lvnv Funding<br>Attn: Bankruptcy Department<br>Po Box 10587<br>Greenville, SC 29603 |
| Financial Recovery Services<br>Po Box 385908<br>Minneapolis, MN 55438 | Greenspoon Marder, P.A.<br>Attn: Heidi Boyles<br>201 E. Pine Street, Suite 500<br>Orlando, FL 32801 | Lvnv Funding, LLC<br>Trak America<br>15 S. Main Street, Suite 500<br>Greenville, SC 29601 |
| First Premier Bank<br>Po Box 5524<br>Sioux Falls, SD 57117 | Harley-Davidson Credit<br>Po Box 21850<br>Carson City, NV 89721 | Medical Center Radiology<br>Po Box 568648<br>Orlando, FL 32856 |
| First Union National Bank of FL<br>c/o Adorno & Yoss, LLC<br>819 S. Federal Hwy, Suite 103<br>Stuart, FL 34994 | HSBC<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | Midland Credit Mgmt<br>8875 Aero Dr  Ste 200<br>San Diego, CA 92123 |
| Florida Emergency Physicians<br>Dept. 4131 Po Box 1070<br>Charlotte, NC 28201 | Jefferson Capital Systems<br>Po Box 7999<br>Saint Cloud, MN 56302 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044 |
| Florida Hospital Waterman<br>Po Box 787<br>Tavares, FL 32778 | Kevin B. Wilson<br>Law Offices<br>Po Box 24103<br>Chattanooga, TN 37422 | North American Crdt Svcs<br>Po Box 182221<br>Chattanooga, TN 37422 |
| Gamedical<br>Po Box 5960<br>Athens, GA 30604 | Kohls<br>Attn:  Recovery<br>Po Box 3120<br>Milwaukee, WI 53201 | Northland Group<br>Po Box 390846<br>Edina, MN 55439 |
| Gastro-Intestinal Consultant<br>of Central FL LLC<br>Po Box 1077<br>Mount Dora, FL 32756 | Lake-Sumter EMS<br>2761 W. Old U.S. Hwy 441<br>Mount Dora, FL 32757 | Orlando Regional Healthcare<br>Po Box 620000 Stop 9936<br>Orlando, FL 32891 |
| Gemb/Dillards<br>Attn: Bankruptcy Dept.<br>Po Box 103104<br>Roswell, GA 30076 | LCA Collections<br>Po Box 2240<br>Burlington, NC 27216 | Portfolio Recovery<br>Po Box 12914<br>Norfolk, VA 23541 |

PRA Receivables Management
Po Box 41067
Norfolk, VA 23541

Roundup Funding, LLC
MS 550
Po Box 91121
Seattle, WA 98111

Prof Gastro & Surgery Assoc
8110 CR44 Leg A
Leesburg, FL 34788

Sears/Cbsd
Po Box 20363
Kansas City, MO 64195

Professional Collection Syst
Po Box 538092
Orlando, FL 32853

Shell Oil / Citibank
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Quality Collection Service
Po Box 149281
Orlando, FL 32814

Sprint Nextel
6391 Sprint Pkwy
985995939, KS 66251

Radiology Assoc Cent FL
Po Box 491640
Leesburg, FL 34749

Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

Resurgent Capital/Sherman Acquis
Attention: Bankruptcy Department
Po Box 10587
Greenville, SC 29603

The Medical Imaging Professional
657 Brevard Avenue
Cocoa, FL 32922

RJM Acquisitions, LLC
575 Underhill Blvd Ste 224
Syosset, NY 11791

United Collection Service, Inc.
Po Box 953638
Lake Mary, FL 32795

Rmb, Inc
Po Box 11185
Knoxville, TN 37939

Washington Mutual / Providian
Attn: Bankruptcy Dept.
Po Box 10467
Greenville, SC 29603

Rodolfo J. Miro
Asset Acceptance
Po Box 9065
Brandon, FL 33509

Wolverine Anesthesia Cnslts
100 W. Lucerne Circle #500
Orlando, FL 32801